June 22, 2012

Mr. P. M. Schenkkan
Graves Dougherty Hearon & Moody PC
401 Congress Avenue, Suite 2200
Austin, TX 78701
Mr. Byron C. Keeling
Keeling & Downes, P.C.
1500 McGowen, Suite 220
Houston, TX 77004

RE: Case Number: 08-0751
 Court of Appeals Number: 01-06-00897-CV
 Trial Court Number: 05-CV-0796

Style: TEXAS MUTUAL INSURANCE COMPANY
 v.
 TIMOTHY J. RUTTIGER

Dear Counsel:

 Today the Supreme Court of Texas withdrew the Court's opinion and
judgment issued August 26, 2011 and the opinion and judgment issued this
date are substituted. The concurring opinion and dissenting opinion issued
August 26, 2011 are withdrawn and the opinions of this date are
substituted. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Latonia Renee |
| |Wilson |